# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| LYRIS ORTEGA, et al | * |
| Plaintiffs | * |
| vs. | * Civil 98-1415 (PG) |
| UNITED STATES DEPARTMENT OF THE NAVY, et al | * |
| Defendants | * |

## ORDER

It appears from the docket of this case that the complaint was filed on April 20, 1998.

No further action having been taken, this case is hereby DISMISSED, with prejudice.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of April, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)