ENTERED ON DOCKET
4/24/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| LYRIS ORTEGA, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF THE NAVY, ET AL., <br>     Defendants. | CIVIL NO. 98-1415(PG) |

## JUDGMENT

On April 20, 2000 the Court entered an Order dismissing the case with prejudice for lack of prosecution.

WHEREFORE, judgment is hereby entered **Dismissing the case with prejudice** for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, April 20, 2000.

                                       JUAN M. PEREZ-GIMENEZ
                                       U.S. District Judge

RECEIVED & FILED
'00 APR 24 AM 03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

AO 72A
(Rev. 8/82)